

**ORIGINAL**

**FILED**

02/18/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0075

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 22-0075

BOBBY FRANCIS LOWRY V,

Petitioner,

v.

CAPTAIN BRAGG,

Respondent.

**FILED**

FEB 18 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

---

Representing himself, Bobby Francis Lowry V has filed a Petition for Writ of Mandate concerning the payment of his medical care costs while he is detained in the Lewis and Clark County Detention Center and on a "DOC Hold." He explains that he was arrested in Lewis and Clark County on March 28, 2021, for the offense of theft and that he was denied bail because he was being held by the Department of Corrections (DOC). He provides that he is on anti-seizure medication and states that the costs of his medication were covered until January 25, 2022, when he realized that he had medical charges on his inmate trust account. Lowry contends that the DOC refuses to pay for his medical care and that he has not had any hearing concerning his DOC hold. He includes copies of correspondence between the Jail Nurse, him, and the supervising Detention Officer.

Under Montana law, an offender detained in a county jail is responsible for the costs of his medical care for preexisting conditions. Section 7-32-2224(2)(a), MCA, provides that "[w]hen the inmate is in the custody of a county detention center and the detention center administrator determines that the inmate requires medical treatment, the county or the arresting agency is responsible for medical costs associated with . . . conditions that are not preexisting[.]" *See also* § 7-32-2245(2)(a), MCA. Lowry claims, however, that the DOC should be responsible for his medication charges because it is the DOC hold that is

keeping him in jail.

It appears that Lowry was on parole from his 2017 Eighteenth Judicial District Court convictions (*see State v. Lowry*, 2019 MT 191, 397 Mont. 11, 446 P.3d 1148) when he committed the instant offense in Lewis and Clark County. Lowry seeks to hold the DOC accountable for the costs of his medical care, but he did not serve his petition on the DOC. Nor did he serve the Lewis and Clark County Attorney. The Court accordingly determines that it is advisable to provide both with a copy of the petition and to obtain a response.

IT IS THEREFORE ORDERED that Clerk of the Supreme Court shall provide a copy of Lowry's Petition for Writ of Mandate and attachments to Leo Gallagher, Lewis and Clark County Attorney, and to Colleen Ambrose, DOC Legal Counsel.

IT IS FURTHER ORDERED that the Department of Corrections, Lewis and Clark County, or both, are granted thirty days within which to respond to the Petition.

The Clerk is directed to provide a copy of this Order to the Attorney General, to the Lewis and Clark County Attorney, to the Department of Corrections, and to Bobby Lowry personally.

DATED this **18** day of February, 2022.

_____
Justice

2